BEFORE THE THIRD DIVISION, APRIL 19, 1962

**No. 66701.**—Century Lighting, Inc. *v.* United States, protest 61/10137 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.

APRIL 19, 1962

**No. 66702.**—V. G. Nahrgang *v.* United States, protests 59/6640 and 59/6648.— Plaintiff's application for rehearing denied.

APRIL 19, 1962

**No. 66703.**—APPEAL 5079.—Hensel, Bruckmann & Lorbacher, Inc., for Vernon Dyestuffs *v.* United States.— —A.R.D. 130 affirmed January 12, 1962. C.A.D. 787.

BEFORE THE SECOND DIVISION, APRIL 24, 1962

**No. 66704.**—National Carloading Corp. *v.* United States, protest 58/15861–10086 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of percussion hammers similar in all material respects to those the subject of *Arthur Salm, Inc.* v. *United States* (46 Cust. Ct. 68, C.D. 2235), the claim of the plaintiff was sustained.